# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2008

134393(93)(94)
134406

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM MILLER,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellant,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellee.

_____

SC: 134393
COA: 259992
Wayne CC: 03-325030-NF

WILLIAM MILLER,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellee,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellant.

_____

SC: 134406
COA: 259992
Wayne CC: 03-325030-NF

On order of the Chief Justice, the motion by the Insurance Institute of Michigan for leave to file a brief *amicus curiae* and for leave to exceed the page limitation are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2008
_____
                          Clerk